In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Dean John Copeland<br>**Debtor 1**<br>Peggy Tamara Thelma Copeland<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-02829-HWV<br><br>**Matter:** Motion to Reconsider Order |

## DEBTOR(S)' MOTION TO RECONSIDER ORDER

AND NOW, come the Debtor(s), Dean John Copeland and Peggy Tamara Thelma Copeland, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about July 7, 2017.

2. On or about October 7, 2021, PennyMac Loan Services, LLC filed a Motion for Relief from the Automatic Stay for Debtor(s)' failure to remit post-petition payments (hereinafter "Motion").

3. An Order was entered on October 26, 2021 granting the Motion allowing PennyMac Loan Services, LLC relief from the automatic stay.

4. Debtor(s) have contacted counsel indicating their wish to bring their account current per stipulation terms agreeable to the parties.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order granting Consumer Portfolio Services, Inc. relief from the automatic stay.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**DETHLEFS PYKOSH & MURPHY** |
| Date: October 26, 2021 | /s/ Paul D. Murphy-Ahles<br><br>Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dean John Copeland
    **Debtor 1**
Peggy Tamara Thelma Copeland
    **Debtor 2**

**Chapter** 13

**Case No.** 1:17-BK-02829-HWV

**Matter:** Motion to Reconsider Order

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of October 26, 2021 IS HEREBY RESCINDED and the automatic stay is reinstated with regard to PennyMac Loan Services, LLC. IT IS FURTHER ORDERED that the parties shall enter into a stipulation that is agreeable to the parties within 30 days of the date of this Order.